

## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 29, 2015

Robinson C. Ramsey
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212

James Maverick McNeel
Strasburger & Price, LLP
2301 Broadway
San Antonio, TX 78215-1157

RE:     Court of Appeals Number:     04-14-00751-CV
        Trial Court Case Number:     2014-CVQ-001098-D4
        Style:                       Josefina Alexander Gonzalez, et al. v.Raymond De Leon, et al.

Dear Counsel:

The above cause has been set for formal submission and oral argument before this Court on June 23, 2015, at 9:00 AM, before a panel consisting of Justice Marialyn Barnard, Justice Patricia O. Alvarez, and Justice Jason Pulliam.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

Very truly yours,

Marialyn Barnard, Justice

cc:  Judith Reed Blakeway
     Joyce W. Moore
     Jeffrey Thomas Knebel
     Paula Boston
     Laura C Mason